**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD DOMINION FREIGHT LINE, INC, a Virginia Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JJ'S MAE, INC., et al.<br><br>    Defendant. | No. C 04-01781FMS<br><br>**ORDER VACATING TRIAL AND MOTION DATES** |

Pursuant to the Joint Status Report submitted June 16, 2005, the Court VACATES the trial date and deadlines in this action, but retains jurisdiction until May 15, 2006.

**IT IS SO ORDERED.**

Dated: June 21, 2005

                                             /s/
                                 FERN M. SMITH
                                 UNITED STATES DISTRICT JUDGE