**FILED**

JUL 14 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORDER OF THE CHIEF JUDGE
RE: REASSIGNMENT OF CASES
PENDING BEFORE
THE HONORABLE FERN M SMITH

No   C 04-1781 FMS

Because the Honorable Fern M Smith, to whom the above case was assigned, retired effective June 30, 2005, this case is re-assigned as follows:

On or before July 29, 2005, the parties may select one or more of the following magistrate judges to conduct any and all proceedings, including trial and entry of judgment pursuant to 28 USC § 636(c)(1):

Honorable James Larson, Chief Magistrate Judge
Honorable Edward M Chen, Magistrate Judge
Honorable Maria-Elena James, Magistrate Judge
Honorable Elizabeth D Laporte, Magistrate Judge
Honorable Joseph C Spero, Magistrate Judge
Honorable Bernard Zimmerman, Magistrate Judge

Upon filing with the court a selection and consent form signed by all parties (or one for each party), the case will be re-assigned to one of the magistrate judges chosen by the parties. A magistrate judge selection and consent form is attached for the parties' convenience.

In the event the parties fail timely to consent to a magistrate judge, the clerk is directed to re-assign the case to a Unites States district judge selected at random from the active and senior judges of the court.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff, | No C _____ FMS |
| v | **SELECTION OF AND CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| Defendant. | |
| _____/ | |

In accordance with the provisions of 28 USC § 636(c), all parties to this action hereby consent to have Magistrate Judge(s) _____, or _____, or _____ conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____

_____
Signature

Counsel for _____
(*name of party, indicate plaintiff or defendant*)

Dated: _____

_____
Signature

Counsel for _____
*(name of party, indicate plaintiff or defendant)*

Dated: _____

_____
Signature

Counsel for _____
*(name of party, indicate plaintiff or defendant)*

Dated: _____

_____
Signature

Counsel for _____
*(name of party, indicate plaintiff or defendant)*

**United States District Court**
For the Northern District of California