John M. Daley, Esq. (SBN 065574)
LAW OFFICES OF JOHN M. DALEY
28 Third Avenue, Suite B
San Mateo, CA 94401
Telephone: (650) 558-4092
Facsimile: (650) 558-8690

Attorneys for Plaintiff Old Dominion Freight Line, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD DOMINION FREIGHT LINE, INC., a Virginia corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JJ's MAE, INC., et al.<br><br>Defendants. | Case No. 04-01781 FMS<br><br>STIPULATION FOR THE DISMISSAL OF RCN CORPORATION AND RCN TELECOM SERVICES, INC.<br><br>[Rule 41(b), FRCP] |

Pursuant to Rule 41(b), plaintiff and defendants RCN Corporation, a Delaware corporation, and RCN Telecom Services, Inc., a Pennsylvania corporation, and hereby stipulate to the dismissal of defendants RCN Corporation and RCN Telecom Services, Inc. from this action, with prejudice.

Dated: July 7, 2005.    Law Offices of John M. Daley

By: _____
John M. Daley
Attorneys for Plaintiff Old Dominion Freight Line, Inc.

Dated: July 7, 2005.    Andrew J. Katsock III, Esq.

By: _____
Andrew J. Katsock III
Attorneys for RCN Telecom Services, Inc. and
RCN Corporation

Case No. 04-01781 FMS: STIPULATION FOR DISMISSAL OF RCN CORPORATION AND RCN TELECOM SERVICES, INC.    -1-



Judge Samuel Conti
8/24/05