United States District Court
For the Northern District of California

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3
OLD DOMINION FREIGHT LINE, INC., a )   No. C-04-1781 SC
4  Virginia corporation,            )
                                    )
5              Plaintiff,           )   ORDER DENYING MOTION
                                    )   TO ENFORCE SETTLEMENT
6                                   )   AGREEMENT
      v.                            )
7                                   )
                                    )
8  JJ'S MAE, INC., dba JJ Mae Rainbeau)
   or Rainbeau, a California business )
9  of unknown form, et al.          )
                                    )
10             Defendants.          )
                                    )

11

12

13          Plaintiff asks the Court for an Order to enforce a settlement

14  agreement.

15          According to Plaintiff Old Dominion ("Plaintiff"), it entered

16  into a settlement agreement ("Settlement Agreement") with

17  Defendant JJ's Mae, Inc., on JJ Mae's own behalf and on behalf of

18  the remaining defendants, on March 18, 2005, which was endited and

19  executed by the parties on May 4, 2005.

20          According to Plaintiff, it has received $50,000.00 of the

21  $90,000.00 agreed to in the Settlement Agreement.  However,

22  Defendant JJ Mae's Inc., Plaintiff asserts, is behind on its

23  payments.  Plaintiff asks the Court to issue an Order awarding

24  Plaintiff judgment against JJ Mae's Inc. for $40,000.00, plus

25  interest.  Plaintiff also asks the Court to award Plaintiff

26  judgment jointly and severally against the remaining defendants,

27

28

United States District Court
For the Northern District of California

1    in an amount calculated pro-rata.[1]

2          The Court will not issue such an Order.  The Court's docket

3    is bare of a copy of the Settlement Agreement, much less any

4    evidence that the Court approved this agreement, or that the Court

5    should retain jurisdiction over this agreement, or that the case

6    against JJ Mae's Inc. and the remaining defendants was properly

7    dismissed.  Plaintiff unhelpfully has appended an unsigned copy of

8    the Settlement Agreement, stating that the original cannot be

9    found owing to a recent change of offices.  Because Plaintiff has

10   failed to comply with the procedural requirements outlined above,

11   the Court is not in a position to consider the merits of

12   Plaintiff's motion.  Accordingly, the Court DENIES Plaintiff's

13   motion.

14

          IT IS SO ORDERED.

15

16        Dated: March 6, 2006

17                                    _____
                                      UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25   _____

26        [1] Plaintiff also asks the Court to award judgment for
     attorneys' fees and to issue an order allowing Plaintiff to bring a
     claim against JJ Mae's Inc. in the full amount owed - some
27   $109,962.16 - should JJ Mae's Inc. file for bankruptcy.

28                                    2