```
DAVID B. TILLOTSON, ESQ. (S.B. 148162)
JOHN A. LOFTON, ESQ. (S.B. 222259)
JANIN, MORGAN & BRENNER
220 Bush Street, 17th Floor
San Francisco, CA 94104
Telephone (415) 981-0670
Facsimile (415) 981-1264
```

Attorneys for Defendant J.J.'s Mae, Rainbeau

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD DOMINION FREIGHT LINE, INC., a Virginia corporation,<br><br>    Plaintiff,<br>vs.<br>J.J.'S MAE, INC., et al,<br><br>    Defendants. | Case No. C 04-01781 FMS<br><br>ORDER RE STIPULATION RE JURISDICTION |

The court, having considered the Stipulation Re Jurisdiction of the Parties Hereto, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

The court shall retain jurisdiction of this matter until September 16, 2007 for the purpose of: (1) enforcing the stipulated judgment in the within action if required, (2) either dismissing or entering the default and default judgment of Defendant IDS Integrated Distribution Systems, Inc. if not included in the J.J.'s Mae settlement; and, (3) such other matters as may arise during the course of the payment schedule contained in the settlement of the within action.

Dated: __June 26, 2006____

By: _____
    Samuel Conti
    Judge of the U.S. District Court
    Northern District of California

*IT IS SO ORDERED*
*Judge Samuel Conti*

- 1 -
ORDER RE STIPULATION RE JURISDICTION
[Case No. C 04-01781 FMS]